IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:23-CR-00010-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HAYDEN PENNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's Motion for Early Termination of Supervised Release. DE 2. The motion was initially filed by defense counsel, Jesse Winograd, in the United States District Court for the Eastern District of Virginia on March 21, 2024. *Id.* The motion was transferred to this district by a March 25, 2024 order of the Honorable Leonie M. Brinkema and received in this court on April 1, 2024. DE 2-1. Defense counsel is not registered in this district and has not entered an appearance in this case; accordingly, the court directs the Clerk of the Court to send a copy of this order to Jesse Winograd at the address provided in the motion at page 3. On or before April 30, 2024, counsel shall inform the court whether Defendant intends to proceed in this matter pro se and, if so, counsel shall provide the court with Defendant's current contact information. If counsel fails to comply with this order, the motion will be denied without prejudice.

SO ORDERED this 16th day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE