# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                                   **Crim. No. 2:23-CR-10-1M**

**HAYDEN PENNINGTON**

On January 24, 2023, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                        I declare under penalty of perjury that the foregoing is true and correct.

                                                        /s/Timothy L. Gupton  
                                                        Timothy L. Gupton  
                                                        Senior U.S. Probation Officer  
                                                        310 New Bern Avenue, Room 610  
                                                        Raleigh, NC 27601-1441  
                                                        Phone: 919-861-8686  
                                                        Executed On: May 31, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **31st** day of **May**, 2024.

                                                        /s/ Richard E. Myers II  
                                                        Richard E. Myers II  
                                                        Chief United States District Judge